THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Phillip Thomas Hullett,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2004-UP-245
Submitted February 23, 2004  Filed April 15, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Phillip Thomas Hullett appeals 
 the circuit courts denial of his request for a bond pending appeal of his conviction 
 for a trafficking powder cocaine, distribution of marijuana, possession of marijuana 
 with intent to distribute, and distribution of marijuana.  Hulletts appellate 
 counsel has petitioned to be relieved as counsel, stating she has reviewed the 
 record and concluded Hulletts appeal is without merit.  The sole issue briefed 
 by counsel argues the circuit court erred in finding it lacked jurisdiction 
 to hear Hulletts bond request.  In a separate pro se response brief, 
 Hullett argues the circuit court erred in denying his motion to suppress drug 
 evidence.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Todds appeal and 
 grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.